UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LANSVILLE COLIN MORGAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN ETOWAH COUNTY ) <br> JAIL, ) <br> ) <br> Respondent. | Case No.:4:19-cv-00768-KOB-GMB |

## MEMORANDUM OPINION

On September 25, 2019, the magistrate judge filed a report, recommending that this petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot, because of the petitioner's June 10, 2019, release from ICE custody and removal to his native country of Jamaica on July 25, 2019. (Doc. 14). No party filed timely objections, although advised of their right to do so.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the writ of habeas corpus is due to be **DISMISSED AS MOOT**.

The court will enter a separate Final Order.

DONE and ORDERED this 18th day of October, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE